THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DION JOHNSON,

    Plaintiff,

vs.

STARBUCKS CORPORATION,

    Defendant.

CASE NO. 2:24-cv-00918-BJR

**STIPULATED MOTION AND ORDER TO STAY FRCP 26 OBLIGATIONS**

**STIPULATION AND JOINT MOTION**

COME NOW THE PARTIES hereto, and by way of stipulation, move that the parties be relieved of their Fed. R. Civ. P. 26(f) conference and reporting requirements, as well as the requirement to complete Fed. R. Civ. P. 26(a)(1) initial disclosures, until a reasonable time after the Court decides Defendant's pending Motion to Compel Arbitration and Dismiss or Stay Litigation (ECF No. 13). Good cause exists to grant such relief to protect judicial and party resources because Fed. R. Civ. P. 26's requirements may be rendered moot should the Court grant Defendant's pending Motion to Compel Arbitration and Dismiss or Stay Litigation.

STIPULATED MOTION AND PROPOSED ORDER
TO STAY FRCP 26 OBLIGATIONS - Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51932371.1

DATED this 19th day of August, 2024

| JACKSON SPENCER LAW PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: *s/James E. Hunnicutt*<br>Jennifer J. Spencer<br>*Pro Hac Vice,* Texas, #10474900<br>James E. Hunnicutt<br>*Pro Hac Vice,* Texas, #24054252<br>jspencer@jacksonspencerlaw.com<br>jhunnicutt@jacksonspencerlaw.com<br><br>LAW OFFICE OF G. BENJAMIN LINDSEY III<br>G. Benjamin Lindsey III, WSBA #36386<br>guslindseyiii@gbl3law.com | By:/Jeremy F. Wood<br>Matthew J. Macario, WSBA #26522<br>Jeremy f. Wood, WSBA #51803<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>mmacario@fisherphillips.com<br>jwood@fisherphillips.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION AND PROPOSED ORDER
TO STAY FRCP 26 OBLIGATIONS - Page 2

FISHER & PHILLIPS LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
(206) 682-2308

FP 51932371.1

# ORDER

Having considered the parties' Joint Stipulated Motion to Stay FRCP 26 Obligations, and for good cause shown, it is hereby

ORDERED, that the parties shall not be required to confer, submit a joint status report, or produce initial disclosures, as otherwise required by Fed. Rule Civ. P. 26(f) in light of Defendant's pending Motion to Compel Arbitration and Dismiss or Stay Litigation ("the Motion")  (ECF No. 13). In the event that the Motion is denied, the parties shall file a joint status report and otherwise comply with Fed. Rule Civ. P. 26(f) within thirty days of the date of the order denying the motion.

DATED this 20th day of August, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND PROPOSED ORDER
TO STAY FRCP 26 OBLIGATIONS - Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51932371.1

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury of the laws of the United States that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Jennifer J. Spencer
*Pro Hac Vice*
Texas Bar No. 10474900
jspencer@jacksonspencerlaw.com
James E. Hunnicutt
*Pro Hac Vice*
Texas Bar No. 24054252
jhunnicutt@jacksonspencerlaw.com
JACKSON SPENCER LAW PLLC

G. Benjamin Lindsey III
Washington Bar No. 36386
guslindseyiii@gbl3law.com
LAW OFFICE OF G. BENJAMIN LINDSEY III

*Attorneys for Plaintiff Dion Johnson*

Executed on this 19th day of August, 2024.

s/ Tammy Weisser
Tammy Weisser, Legal Secretary

STIPULATED MOTION AND PROPOSED ORDER
TO STAY FRCP 26 OBLIGATIONS - Page 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51932371.1