THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DION JOHNSON,<br><br>               Plaintiff,<br>vs.<br><br>STARBUCKS CORPORATION,<br><br>               Defendant. | CASE NO. 2:24-cv-00918-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

The undersigned parties, by and through their respective counsel, hereby stipulate and jointly request that the Court dismiss the above-entitled action in its entirety, with prejudice, and without an award of costs or fees to either party.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 26th day of February, 2026

| JACKSON SPENCER LAW PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By:*s/Jennifer J. Spencer*<br>  (via email authorization)<br>Jennifer J. Spencer<br>*Pro Hac Vice,* Texas, #10474900<br>James E. Hunnicutt<br>*Pro Hac Vice,* Texas, #24054252<br>jspencer@jacksonspencerlaw.com<br>jhunnicutt@jacksonspencerlaw.com | By:s/*Matthew J. Macario*<br>Matthew J. Macario, WSBA #26522<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>mmacario@fisherphillips.com<br><br>*Attorneys for Defendants* |

STIPULATION AND
ORDER OF DISMISSAL
(2:24-cv-00918-BJR) - Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 61916244.1

| | |
|---|---|
| LAW OFFICE OF G. BENJAMIN LINDSEY III<br>G. Benjamin Lindsey III, WSBA #36386<br>guslindseyiii@gbl3law.com<br><br>*Attorneys for Plaintiff* | |

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed with prejudice. The parties shall each bear their own attorney's fees and costs.

DATED this 2nd day of March, 2026.

*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND PROPOSED
ORDER OF DISMISSAL
(2:24-cv-00918-BJR) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 61916244.1

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury of the laws of the United States that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Jennifer J. Spencer
*Pro Hac Vice*
Texas Bar No. 10474900
jspencer@jacksonspencerlaw.com
James E. Hunnicutt
*Pro Hac Vice*
Texas Bar No. 24054252
jhunnicutt@jacksonspencerlaw.com
JACKSON SPENCER LAW PLLC

G. Benjamin Lindsey III
Washington Bar No. 36386
guslindseyiii@gbl3law.com
LAW OFFICE OF G. BENJAMIN LINDSEY III

*Attorneys for Plaintiff Dion Johnson*

Dated this 26th day of February, 2026.

                                            s/ *Lynn Van Eyck*
                                            Lynn Van Eyck, Legal Secretary

STIPULATION AND PROPOSED
ORDER OF DISMISSAL
(2:24-cv-00918-BJR) - Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 61916244.1